# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-1818-CMA-MLC

JUMP ROPE SYSTEMS, LLC,

    Plaintiff,

v.

SMITH VENTURES, LTD.,

    Defendant,

SMITH VENTURES, LTD.,

    Counterclaim Plaintiff,

v.

PAUL E. BORTH,

    Counterclaim Defendant.

---

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as the respective attorneys of record for Plaintiff Jump Rope Systems, LLC ("JRS"), Defendant and Counterclaim Plaintiff Smith Ventures, Ltd. ("Smith Ventures"), and Counterclaim Defendant Paul E. Borth ("Borth") that: the claims asserted by JRS against Smith Ventures are DISMISSED WITHOUT PREJUDICE, and all other claims, defenses, and counterclaims thereto are DISMISSED WITH PREJUDICE.

Each party shall bear its own costs associated with these claims.

Respectfully submitted this 8th day of November 2017.

        <u>s/ Christopher L. Limpus</u>
Christopher L. Limpus
LIMPUS + LIMPUS, PC
7723 Arlington Drive
Boulder, CO 80303
Tele: (303) 731-9540
Email: chris@limpuslaw.com

        <u>s/ Holden J. Bank</u>
Holden J. Bank
INSIDE/OUT ADVISORS, LLC
1384 North Park Drive
Lafayette, CO 80026
Tele: 303-241-4248
Email: holden@hblaw.guru

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November 2017, I electronically filed the foregoing STIPULATION OF DISMISSAL with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for counsel of record for Defendant Smith Ventures, Ltd.:

Holden J. Bank
INSIDE/OUT ADVISORS, LLC
1384 North Park Drive
Lafayette, CO 80026
Email: holden@hblaw.guru

        <u>s/ Christopher L. Limpus</u>